AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LAWRENCE S.,

)

*Plaintiff*

)

v.

)

Civil Action No.   4:21-cv-5104-EFS

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

)
)
)

**Sep 28, 2022**

SEAN F. McAVOY, CLERK

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion for Summary Judgment (ECF No. 12) is GRANTED.
The Commissioner's Motion for Summary Judgment (ECF No. 13) is DENIED.
The Court REVERSES the decision of the ALJ and REMANDS this matter to the Commissioner of
Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Edward F. Shea _____ on motions for
Summary Judgment.

Date:   9/28/2022 _____

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams